RICHARD T. TYNDAL,

 Appellant,

v.

STATE OF FLORIDA,

 Appellee.

_____/

IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-6223

Opinion filed August 6, 2014.

An appeal from the Circuit Court for Leon County.
James C. Hankinson, Judge.

Richard T. Tyndal, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Heather Flanagan Ross, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

 AFFIRMED.

LEWIS, C.J., BENTON, and MARSTILLER, JJ., CONCUR.